UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAIT STEPANYAN, KIRAKOS KESABLYAN, and KADZHIK KESABLYAN, individuals and heirs of Decedent VAHRAM KESABLYAN; and ANAIT STEPANYAN as Successor in Interest to VAHRAM KESABLYAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:20-cv-01774 CAS (PLAx)<br>No. 2:20-cv-10868 CAS (PLAx)<br>Consolidated<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION IN LIMINE NO. 2 TO EXCLUDE PLAINTIFFS' CLAIMS OF ECONOMIC DAMAGES**<br><br>Hon. Christina A. Snyder<br>United States District Judge |

Before the Court is Defendant United States of America's Motion in Limine No. 2 to Exclude Plaintiffs' Claims of Economic Damages. The Court, having received the moving papers, Plaintiffs' Opposition, a review of the files and records in this case, and having considered the parties' oral arguments during the August 28, 2023 Pretrial Conference, hereby GRANTS Defendant's motion.

IT IS HEREBY ORDERED that Plaintiffs are precluded from presenting testimony, argument, or evidence at trial of claimed economic damages apart from seeking funeral costs.

IT IS SO ORDERED.

Dated:_____

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

    /s/ *Daniel A. Beck*_____
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Defendant
The United States of America