E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
DANIEL A. BECK (Cal. Bar No. 204496)
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2574 | 3989
    Facsimile: (213) 894-7819
    E-mail: Daniel.Beck@usdoj.gov
          Joseph.Tursi@usdoj.gov

Attorneys for Defendant
The United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAIT STEPANYAN, KIRAKOS KESABLYAN, and KADZHIK KESABLYAN, individuals and heirs of Decedent VAHRAM KESABLYAN; and ANAIT STEPANYAN as Successor in Interest to VAHRAM KESABLYAN,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. 2:20-cv-01774 CAS (PLAx)<br>No. 2:20-cv-10868 CAS (PLAx)<br>Consolidated<br><br>**SECOND AMENDED WITNESS LIST OF DEFENDANT UNITED STATES OF AMERICA**<br><br>Pretrial Conference:   August 28, 2023<br>Trial:                September 19, 2023<br><br>Hon. Christina A. Snyder<br>United States District Judge |

# DEFENDANT'S WITNESS LIST

Defendant the United States of America respectfully submits the following witness list pursuant to Local Rule 16-5. FBI witnesses may be contacted through Defendant's counsel. Plaintiffs may be contacted through Plaintiffs' counsel.

| Witness | Anticipated Subjects of Testimony | Estimated Direct Examination Time |
|---|---|---|
| 1. FBI SWAT Operator 1 | The warrant operation and the shooting incident. | 1 hour |
| 2. FBI SWAT Operator 2 | The warrant operation and the shooting incident. | .5 hour |
| 3. FBI SWAT Operator 3 | The warrant operation and the shooting incident. | 1 hour |
| 4. FBI Special Agent Hannah Monroe. | The FBI investigation of Kirakos Kesablyan and the search and arrest warrants. | .5 hour |
| 5. FBI Assistant Special Agent in Charge Patrick Grandy. | The warrant operation and the shooting incident. | .5 hour |
| 6. Plaintiff Kirakos Kesablyan, live and by deposition designations. | Background of the shooting incident, the warrant operation, and Plaintiffs' claimed injuries. | .5 hour |

| # | Witness | Subject | |
|---|---|---|---|
| 7. | Plaintiff Kadzhik Kesablyan, by deposition designations (*and live if necessary) | Background of the shooting incident, the warrant operation, and Plaintiffs' claimed injuries. | |
| 8. | Dr. Stephen J. Forman, by deposition designations (*and live if necessary), 1500 E. Duarte Rd., Duarte, CA 91010. | The decedent's medical condition, medical treatments, and retired state. | |
| 9. | *Plaintiff Anait Stepanyan | Background of the shooting incident, the warrant operation, and Plaintiffs' claimed injuries. | |
| 10. | *Ani Khachikyan, wife of Plaintiff Kirakos Kesablyan | Background of the shooting incident, the warrant operation, and Plaintiffs' claimed injuries. | |
| 11. | *Danny Kennedy, former FBI Special Agent in Charge | The warrant operation and the shooting incident. | |
| 12. | *FBI SWAT Operator 5 | The warrant operation and the shooting incident. | |
| 13. | *FBI SWAT Operator 6 | The warrant operation and the shooting | |

|  |  |  |
|---|---|---|
|  | incident. |  |
| 14.  *FBI Supervisory Special Agent Akil Davis | The FBI investigation of Kirakos Kesablyan and the search and arrest warrants. |  |
| 15.  *FBI Special Agent Cody Burke | The FBI investigation of Kirakos Kesablyan and materials obtained by the search warrant operation. |  |
| 16.  *FBI Special Agent Joseph Hamer | The FBI investigation of Kirakos Kesablyan and materials obtained by the search warrant operation. |  |
| 17.   *Jennifer Coffindaffer, St. Augustine, Florida (Defendant's retained expert) | Expert rebuttal testimony if necessary. |  |

3

| | | |
|---|---|---|
| 1 | Dated: August 25, 2023 | Respectfully submitted, |
| 2 | | E. MARTIN ESTRADA<br>United States Attorney |
| 3 | | DAVID M. HARRIS<br>Assistant United States Attorney |
| 4 | | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 5 | | Assistant United States Attorney<br>Chief, Complex and Defensive Litigation |
| 6 | | Section |
| 7 | |    /s/ *Daniel A. Beck*<br>DANIEL A. BECK |
| 8 | | JOSEPH W. TURSI<br>Assistant United States Attorneys |
| 9 | | |
| 10 | | Attorneys for Defendant<br>The United States of America |