E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
DANIEL A. BECK (Cal. Bar No. 204496)
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2574 | 3989
    Facsimile: (213) 894-7819
    E-mail: Daniel.Beck@usdoj.gov
           Joseph.Tursi@usdoj.gov

Attorneys for Defendant
The United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAIT STEPANYAN, KIRAKOS KESABLYAN, and KADZHIK KESABLYAN, individuals and heirs of Decedent VAHRAM KESABLYAN; and ANAIT STEPANYAN as Successor in Interest to VAHRAM KESABLYAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 2:20-cv-01774 CAS (BFMx)<br>No. 2:20-cv-10868 CAS (BFMx)<br>Consolidated<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**<br><br>Hon. Christina A. Snyder<br>United States District Judge |

1  Pursuant to the Court's August 19, 2024 Findings of Fact and Conclusions of Law [ECF 129], the United States hereby lodges the attached Proposed Judgment.

Dated: August 21, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　/s/ *Joseph W. Tursi*
DANIEL A. BECK
JOSEPH W. TURSI
Assistant United States Attorneys

Attorneys for Defendant
The United States of America