1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                              WESTERN DIVISION

| | |
|---|---|
| ANAIT STEPANYAN, KIRAKOS KESABLYAN, and KADZHIK KESABLYAN, individuals and heirs of Decedent VAHRAM KESABLYAN; and ANAIT STEPANYAN as Successor in Interest to VAHRAM KESABLYAN,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 2:20-cv-01774 CAS (BFMx)<br>No. 2:20-cv-10868 CAS (BFMx)<br>Consolidated<br><br>**[PROPOSED] JUDGMENT**<br><br><br>Hon. Christina A. Snyder<br>United States District Judge |

1  In accordance with the Court's Findings of Fact and Conclusions of Law dated
2  August 19, 2024 [ECF 129], it is hereby ordered, adjudged, and decreed that judgment is
3  entered in this case, no. 2:20-cv-01774, for Defendant United States of America and
4  against Plaintiffs Anait Stepanyan, Kirakos Kesablyan, and Kadzhik Kesablyan, the
5  individuals and heirs of decedent Vahram Kesablyan, and Anait Stepanyan as successor
6  in interest to Vahram Kesablyan (collectively, "Plaintiffs"). Plaintiffs shall take nothing
7  from this action against Defendant, and all costs of suit are awarded to Defendant in an
8  amount according to proof.

10  Dated:_____

12  _____
    HONORABLE CHRISTINA A. SNYDER
13  UNITED STATES DISTRICT JUDGE

15  Presented by:

16  E. MARTIN ESTRADA
    United States Attorney
17  DAVID M. HARRIS
    Assistant United States Attorney
18  Chief, Civil Division
    JOANNE S. OSINOFF
19  Assistant United States Attorney
    Chief, Complex and Defensive Litigation Section
20

22     /s/ *Joseph W. Tursi*
    _____
    JOSEPH W. TURSI
23  Assistant United States Attorney

24  Attorneys for Defendant United States of America

1