UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAIT STEPANYAN, KIRAKOS KESABLYAN, and KADZHIK KESABLYAN, individuals and heirs of Decedent VAHRAM KESABLYAN; and ANAIT STEPANYAN as Successor in Interest to VAHRAM KESABLYAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:20-cv-01774 CAS (BFMx)<br>No. 2:20-cv-10868 CAS (BFMx)<br>Consolidated<br><br>**JUDGMENT**<br><br><br>Hon. Christina A. Snyder<br>United States District Judge |

In accordance with the Court's Findings of Fact and Conclusions of Law dated August 19, 2024 [ECF 129], it is hereby ordered, adjudged, and decreed that judgment is entered in this case, no. 2:20-cv-01774, for Defendant United States of America and against Plaintiffs Anait Stepanyan, Kirakos Kesablyan, and Kadzhik Kesablyan, the individuals and heirs of decedent Vahram Kesablyan, and Anait Stepanyan as successor in interest to Vahram Kesablyan (collectively, "Plaintiffs"). Plaintiffs shall take nothing

///

///

1

from this action against Defendant.  Each side shall bear its own attorneys' fees and costs.

     IT IS SO ORDERED.

Dated: August 21, 2024

*Christine A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE